

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2023

No. 04-23-00127-CV

**EX PARTE K.Y.S.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-14239
Honorable Angelica Jimenez, Judge Presiding

**ORDER**

This appeal is DISMISSED. Costs of the appeal are taxed against the appellant.

It is so **ORDERED** on April 19, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court